IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–01148–EWN–PAC

JOSE A. MONDRAGON, JR.,

    Plaintiff,

v.

M. BREEDLOVE (Chief of Security), D.R.
CARTER (Hearings Officer), and
HOYT BRILL (Warden),

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed September 26, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The case is dismissed for plaintiff's failure to prosecute.

3.  All other pending motions are DENIED as moot.

DATED this 24th day of October , 2005.

                                    BY THE COURT:

                                    /s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge